TOMEI, A MINOR, F.K.A. ABOUHASSAN, APPELLEE, *v.*
MAYFIELD CITY SCHOOLS, APPELLANT, ET AL.

[Cite as *Tomei v. Mayfield City Schools* (2001), 91 Ohio St.3d 198.]

(No. 00–460—Submitted February 28, 2001—Decided March 28, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Patrick M. Dukes*, for appellant.

*Zashin & Rich Co., L.P.A., Jonathan A. Rich* and *Stephen S. Zashin*, for appellee.